**Michael TATE, Plaintiff-Appellant,**

v.

**FAMILY AUTO GROUP, INC.,
a California corporation,
Defendant-Appellee.**

**No. 15-56087**

United States Court of Appeals,
Ninth Circuit.

Submitted February 6, 2017 *
Pasadena, California

Filed July 10, 2017

Russell Clive Handy, Esquire, Potter Handy LLP, San Diego, CA, for Plaintiff-Appellant

Ali Parvaneh, Esquire, Attorney, Madison Harbor, ALC, Irvine, CA, for Defendant-Appellee

Felicia Ruth Reid, Attorney, Hirschfeld Kraemer LLP, San Francisco, CA, for Amici Curiae National Automobile Dealers Association, National Independent Automobile Dealers Association, California New Car Dealers Association, National Mobility Equipment Dealers Association

Before: GRABER, BYBEE, and CHRISTEN, Circuit Judges.

* The panel unanimously concludes that this case is suitable for decision without oral argument. Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

MEMORANDUM **

We vacate the district court's dismissal of this action, and we remand for reconsideration in light of <u>Karczewski v. DCH Mission Valley, LLC</u>, No. 15-55633.

**VACATED and REMANDED.** Costs on appeal awarded to Plaintiff.

BYBEE, Circuit Judge, acquiescing dubitante:

I acquiesce *dubitante* for the reasons articulated in my separate opinion in *Karczewski v. DCH Mission Valley, LLC*, No. 15-55633.